UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

MIRELYS DIAZ,                                              Case No.
                                                           Chapter 7

                                 Debtor.
---------------------------------------------------------X

### STATEMENT PURSUANT TO EDNY LOCAL
### BANKRUPTCY RULE 2017-1

      I, Kamini Fox, an attorney duly admitted to practice in this Court, state:

      1.      That I am the attorney in charge of the above-named debtor's case and am fully familiar with the facts herein.

      2.      That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor:

| DATE | SERVICE | TIME |
| --- | --- | --- |
| 2/16/19 | Initial interview, analysis of financial condition, discussion of alternatives to bankruptcy; review of obligations of a debtor under Chapter 7 or Chapter 13 | 1.5 |
| 2/16/19-7/7/19 | Review of financial documents and information provided by debtor necessary for preparation of petition, schedules and statements. Had numerous telephone calls and emails from and to debtor to answer questions regarding petition papers, consequences and issues of bankruptcy etc. | 1.5 |
| 2/16/19-7/7/19 | Prepare petition papers. | 2.6 |
| 7/7/19 | Final review and edit of petition, schedules and statements; prepare retainer letter, 2016b statement and 2017-1 Statement; Meeting with debtors to review all bankruptcy papers with them, obtain signature, ready for filing. | 2.0 |

1

3. That I will also represent the debtor at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by me.

5. That my usual rate of compensation of bankruptcy matters of this type is $1,900.

Dated: East Meadow, New York
July 7, 2019

**ACKERMAN FOX, LLP**
Attorneys for the Debtor

By: */s/ Kamini Fox*_____
Kamini Fox
90 Merrick Avenue, Suite 400
East Meadow, New York 11554
Phone: (516) 493-9920
Fax:    (516) 228-3396